

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00664-CV

**IN THE MATTER OF S.J.P.,** et al., Children

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 19-07-25955-CV
Honorable Cathy Morris, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, it is ORDERED that appellee's motion for extension of time to file a motion to dismiss and motion to dismiss are GRANTED and this appeal is DISMISSED FOR LACK OF JURISDICTION. It is FURTHER ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on November 13, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court